JS-6

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID OLEA-CRUZ, <br><br>            Petitioner, <br><br>     v. <br><br> WARDEN, ADELANTO DETENTION CENTER, ET AL., <br><br>            Respondents. | Case No. 5:26-cv-02631-MBK <br><br> JUDGMENT |

Pursuant to the Court's Order Granting Petition for Habeas Corpus, IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: May 27, 2026

_____
HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE